Prob12
D/NV Form
Rev. Mar. 2007



# United States District Court

for

the District of Nevada

## REQUESTING WITHDRAWAL OF VIOLATION PETITION
## June 1, 2012

**Name of Offender:**   JERROD CAMPBELL

Case Number:   2:07-cr-057-RCJ-PAL

Name of Sentencing Judicial Officer:  Honorable Robert Clive Jones

Date of Original Sentence:  July 6, 2009

Original Offense:  False, Fictitious, Fraudulent Claims

Original Sentence:   12 months and one day custody, 3 years supervised release

Date of Revocation: January 21, 2011

Revocation Sentence: 3 months custody; 24 months supervised release

Date Supervision Commenced:  May 4, 2011

Date of second revocation: March 6, 2012

Revocation Sentence: Continued on supervised release with conditions modified to include 90 days residential reentry center.

Date of third revocation: April 18, 2012

Revocation Sentence: Continued on supervised release with conditions to be modified to include home confinement with GPS monitoring.

## PETITIONING THE COURT

To withdraw petition for warrant dated April 25, 2012, and vacate revocation hearing scheduled for  June 8, 2012.

## CAUSE

The purpose of this report is to respectfully request a withdrawal of the violation petition seeking revocation against Campbell that was submitted by this office on April 25, 2012; and to vacate the revocation hearing scheduled before Your Honor for June 8, 2012. The basis of the petition was that Campbell failed to refrain from the use and possession of beer, wine, liquor, and other forms of intoxicants. After further investigation by the probation office, it appears that there are conflicting documents in reference to the positive alcohol test on April 22, 2012. In addition, the probation office recently learned that on May 7, 2012, Campbell was given another alcohol test, at the Residential Reentry Center, and the breathalyzer machine was experiencing functional difficulties. Although the probation office does not believe this is directly correlated to Campbell's positive alcohol test on April 22, 2012, it does call into question the validity of the test. In speaking with the Assistant United States Attorney's office, they agree that there is insufficient evidence, at this point, to proceed forward with the revocation hearing. As such, the probation office respectfully requests that the violation petition be withdrawn, the revocation hearing be vacated, and that Campbell be continued on home confinement with GPS monitoring for six months as agreed upon during his revocation hearing on April 18, 2012.

It should be noted that the probation office recently learned that Campbell was taken into custody, following his initial appearance, by the Las Vegas Deputy Marshals for Failure to Appear-Driving Without a Valid License and Failure to Appear-Open Alcoholic Container in Vehicle. When questioned by the probation office, Campbell advised that these citations were originally issued to his son, who is also named Jerrod Campbell, and not him. The probation office will continue to investigate into this matter along with monitor Campbell's behavior and notify the Court immediately of any further violations.

Respectfully submitted,

MICHELLE L. CRAVOTTA
United States Probation Officer

APPROVED:/s/ mps

### THE COURT ORDERS:

✓ The petition for warrant dated April 25, 2012, is withdrawn and revocation hearing scheduled for June 8, 2012, is vacated.

_____ Other

Signature of Judicial Officer

June 7, 2012
Date